UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 3:03CR3(EBB) |
| ANTHONY D. AUTORINO, | : |
| Defendant. | : |

FILED 2004 NOV 24 P 3: 14
U.S. DISTRICT COURT
NEW HAVEN, CT

### SCHEDULING ORDER

The commencement of trial in the above-captioned matter has, by the consent of the parties, been continued until Wednesday, February 9, 2005. Jury selection is scheduled for Tuesday, February 8, 2005. As for other pre-trial matters:

(1) All proposed Voir Dire Questions are due on or before February 1, 2005.

(2) All jury charge requests are due on or before the start of trial.

SO ORDERED.

Ellen Bree Burns
Senior District Judge

Dated at New Haven, Connecticut, this 23 day of November, 2004.