UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC -8 P 12: 54

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA  :

v.                        :    No. 3:03CR3(EBB)

ANTHONY D. AUTORINO,      :

      Defendant.         :

### SCHEDULING ORDER

The commencement of trial in the above-captioned matter has been continued, by the consent of the parties, until Monday, March 21, 2005. Jury selection is scheduled for Tuesday, March 8, 2005. As for other pre-trial matters:

(1) All proposed Voir Dire Questions are due on or before March 1, 2005.

(2) All jury charge requests are due on or before March 14, 2005.

SO ORDERED.

                                              Ellen Bree Burns
                                              Senior District Judge

Dated at New Haven, Connecticut, this 8th day of December, 2004.