UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 3:03CR3(EBB) |
| v. | : |
| | : |
| ANTHONY D. AUTORINO | : January 28, 2005 |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Government, in the above-referenced case.

Dated at Hartford, Connecticut on this 28th day of January, 2005.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

By:    THOMAS V. DAILY
        ASSISTANT UNITED STATES ATTORNEY

For:   JAMES G. GENCO
        ASSISTANT UNITED STATES ATTORNEY
        450 MAIN STREET, ROOM 328
        HARTFORD, CT 06103
        TEL. (860) 947-1101
        Federal Bar No. ct00360

2

## CERTIFICATION

This is to certify that the within and foregoing has been mailed, via first-class mail this _____ day of January, 2005 to:

    Stanley A. Twardy, Jr.
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901

                              THOMAS V. DAILY
                              ASSISTANT UNITED STATES ATTORNEY
    For:    JAMES G. GENCO
                              ASSISTANT UNITED STATES ATTORNEY