# DAY, BERRY & HOWARD LLP

*Counsellors at Law*
*Hartford, Stamford and Boston*

City Place I
Hartford
Connecticut 06103-3499
Telephone (860) 275-0100
Facsimile (860) 275-0343
Internet Jbnolan@dbh.com

John B. Nolan
(860) 275-0289

June 17, 1999

 

**VIA FACSIMILE AND**
**CERTIFIED MAIL**

Roger Bernhammer
Vice President
Continental Stock Transfer & Trust Co.
2 Broadway
New York, NY 10004

Re:    Federal Deposit Insurance Corporation as Receiver of New Bank of New England v.
        Anthony D. Autorino, Docket No. 3:99CV379 (AWT)

Dear Mr. Bernhammer:

We represent Anthony D. Autorino in the above-referenced lawsuit. It has come to our attention that Attorney Durwin Jones of the law firm of Berman & Sable, the attorneys for the FDIC in the above-referenced matter, has requested certain information from Continental Stock Transfer & Trust Co. that relates to certain of the allegations made in that lawsuit.

On behalf of Mr. Autorino, we hereby request that the FDIC or anyone else, or any of the information [illegible] letter to Thomas Bogan of your office or any other information related in any way to any of the allegations made in this lawsuit without the knowledge and express prior written consent of Mr. Autorino.

Thank you for your cooperation. Please feel free to contact us with any questions or concerns.

Very truly yours,

John B. Nolan

                                                                    EXHIBIT A

cc:    Anthony D. Autorino

AUT 001291

203 630 5998     P.02

FBI MERIDEN

## BERMAN AND SABLE

MICHAEL P. BERMAN
JOEL N. SABLE
STEVEN A. BERMAN
ELLEN S. LEVINE
JAMES W. OLIVER†
MARIA E. TOUGAS
ROBERT J. CAFFREY*
JAMES J. BRAULT
DURWIN P. JONES
ALENA C. OFELLER*
ANDREW D. HUPINSE
LINDA G. MANDELL

SENIOR COUNSEL
I. MILTON WIDEM

100 PEARL STREET
HARTFORD, CONNECTICUT 06103

TEL: (860) 527-9699
FAX: (860) 527-9077
E-MAIL: berman.sable@snet.net

June 11, 1999

NEW HAVEN OFFICE

195 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

TEL: (203) 495-6200
FAX: (203) 495-6220
E-MAIL: berman.and.sable@snet.net

*ALSO ADMITTED IN NEW YORK
†ALSO ADMITTED IN MASSACHUSETTS
*ALSO ADMITTED IN OHIO

Via United Parcel Service

Mr. Tom Bogan
Continental Stock Transfer & Trust Company
Research Department
2 Broadway, 19th Floor
New York, NY  10004

Re:   *Federal Deposit Insurance Corporation as Receiver of New Bank of*
      *New England v. Anthony D. Autorino*, Docket No. 3:99CV379(AWT)
      *Collateral: Shared Technologies, Inc.-Stock Certificate No. ST 0959*
               *(253,000 shares of restricted common stock)*
      *Issued: March 11, 1991*
      *Cusip No. 819488 10 7*
      *Owner: Anthony D. Autorino*
             *91 Robeth Lane, Wethersfield, CT 06109*
      *Pledgee:  Federal Deposit Insurance Corporation as Receiver of the*
               *New Bank of New England*
               *101 East River Drive, East Hartford, CT 06128*
      *Date of Pledge:  July 17, 1996.*

Dear Mr. Bogan:

     The law firm of Berman and Sable represents the Federal Deposit
Insurance Corporation as Receiver of the New Bank of New England
(hereinafter the "FDIC") against Anthony D. Autorino ("Autorino") in the
case referenced above.  The FDIC has sued Autorino to recover the entire
indebtedness due under a promissory note after Autorino's payment
defaults.

     The Stock Certificate evidencing 253,000 shares of Shared
Technologies, Inc.'s ("Shared Tech") restricted common stock was
originally pledged to Sentinel Bank ("Sentinel") by Autorino sometime
between March 11, 1991 and January 31, 1992.  Autorino pledged the Stock
Certificate to secure a $350,000 revolving commercial line of credit,
which was evidenced by a promissory note dated February 10, 1991.  On
January 31, 1992, the FDIC was appointed receiver of Sentinel and the
FDIC acquired all of Sentinel's assets, including the promissory note and
Stock Certificate.  According to the FDIC's records, there was a reverse

EXHIBIT B

**AUT 001311**

Mr. Tom Bogan
June 11, 1999
Page 2

4 to 1 stock split in September 1992. Thus, the 253,000 shares became
63,250 after the reverse stock split. Finally, Autorino failed to pay
the entire balance of the line of credit by the maturity date (February
10, 1992) and said line of credit was not renewed.

From early 1991 through the summer of 1996, the FDIC as receiver of
Bank of New England ("BNE") and New Bank of New England ("NBNE") was
engaged in litigation with Autorino and related business entities. The
litigation concerned the financing of a construction project in Enfield
Connecticut. In the summer of 1996, the litigation between these parties
was settled, which also included Autorino's line of credit with Sentinel.
As part of that settlement, Autorino executed the promissory note at
issue in this case and he pledged the Stock Certificate held by FDIC as
receiver of Sentinel to the FDIC as receiver of NBNE on July 17, 1996.
The original Stock Certificate, which I have personally examined, is
currently located in the FDIC's collateral vault at 101 East River Drive,
East Hartford, Connecticut.

Our research has indicated that Shared Tech merged into Shared
Technologies Fairchild, Inc. ("STF") on February 23, 1996. Thereafter,
Intermedia Communications, Inc. acquired STF as a wholly-owned subsidiary
on March 10, 1998. As part of Intermedia's acquisition of STF, all
outstanding shares of STF's common stock were cancelled in exchange for
$15 per share (i.e., merger consideration). Several days ago, Ms. Yvonne
Mosley of the FDIC's Asset Marketing Unit contacted Continental Stock
Transfer ("Continental") to verify the value of the Collateral and to
confirm the research of our securities expert. Ms. Mosley was advised by
Continental that the above referenced Stock Certificate pledged by
Autorino had been cancelled on July 27, 1993 (hereinafter the
"Cancellation"). The FDIC did not receive any notice regarding the
Cancellation. Furthermore, the FDIC did not receive payment for the
value of the shares represented by the Stock Certificate and it did not
receive the new stock certificate that may have been issued to replace
the cancelled Stock Certificate.

Accordingly, the FDIC, as pledgee, requests that Continental: (1)
confirm that the Stock Certificate was cancelled on July 27, 1993; (2)
provide the FDIC with a complete history/accounting (from issuance to
Cancellation) for the Certificate, including the identity of the
person(s) requesting the Cancellation, the reason(s) for the
Cancellation, Shared Tech's involvement, if any, and the identity of the
person(s) authorizing the Cancellation; (3) provide the FDIC with any
correspondence, affidavits, indemnification agreements and all other
documentation relating to the Cancellation; (4) state whether any new
stock certificates were issued to the owner of record for the cancelled
Certificate and, if new certificates were issued, please provide a
history/accounting for those certificates; and (5) if the Certificates
were cancelled and payments were made to the person(s) canceling the

AUT 001312

Mr. Tom Bogan
June 11, 1999
Page 3

Certificate, please identify all individuals who received payments and
the amounts paid.

In support of the FDIC's request and as proof of its interests in
the securities reflected in the Stock Certificate, please find enclosed
copies of the Stock Certificate, promissory note, pledge agreement, stock
power and complaint.

Please contact me to confirm your receipt of this letter and advise
me how long it will take for you to gather the background information and
supporting documents.  Once you have gathered all the requested
documentation, please send copies to me in the enclosed UPS express mail
envelope.  If you wish to confirm our representation of the FDIC, please
contact Ealy A. Bennett, FDIC Senior Attorney, at (860) 291-5011 or Frank
E. Williams, FDIC Account Officer, at (860) 291-4480.  Your immediate
attention to this matter will be greatly appreciated.

                              Very truly yours,

                              Durwin P. Jones

Enclosures


DPJ:ad


cc:    Ealy Bennett, Esq.
       Frank E. Williams
       Yvonne Mosley
       John Koslow



L:\AUTORINO\Bogan.ltr.6.11.99.(NBNE)

**AUT 001313**