UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES | : | CRIMINAL NO. 3:03CR3(EBB) |
| | : | |
| vs. | : | |
| | : | March 24, 2005 |
| ANTHONY D. AUTORINO | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION FOR EXTENSION OF TIME**

  The defendant, Anthony D. Autorino, by his undersigned attorneys, hereby moves pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, which is made applicable to criminal proceedings by Rule 1(c) of the Local Criminal Rules, for a two-week extension of time, through and until April 15, 2005, to file briefs in response to the Government's March 4, 2005 Motion Requesting Hearing Regarding Conflict of Interest and March 11, 2005 Motion In Limine to Exclude Evidence in the above-captioned matter. In support of this motion, counsel states as follows:

1)	The defendant has been charged in a seven-count indictment with defrauding the Federal Deposit Insurance Corporation in connection with a series of financial transactions dating back approximately 10 years.

2)	Jury selection is scheduled for June 14, 2005 with the trial of this matter scheduled to begin on June 15, 2005.

3)	The undersigned counsel was on vacation during the week of March 14, 2005, so he was unable to meet with the defendant concerning the Government's motions during that week.

4)	The defendant's brother passed away on March 20, 2005.  The defendant has been dealing with the loss, and his elderly father, since that time.

5)	Accordingly, the undersigned counsel will not be able to consult with the defendant until the week of March 28th, at the earliest.  It is important that counsel consult with the defendant on the pending motions, especially the Motion <u>In</u> <u>Limine</u> to Exclude Evidence, as they may have a tremendous impact on the trial of this matter.

6)	The requested extension of time will not adversely affect the scheduled trial of this matter.

7)	Counsel for the government does not object to this request.

8)	No prior request for an extension of time has been made.

          DEFENDANT,
          ANTHONY AUTORINO


       By _____
          Stanley A. Twardy, Jr. (ct05096)
          Day, Berry & Howard LLP
          One Canterbury Green
          Stamford, CT  06901
          (203) 977-7300
          His Attorneys


## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this date to:

          James G. Genco Esq.
          Thomas V. Daily Esq.
          Assistant United States Attorneys
          Office of the United States Attorney
          Federal Building & U.S. Courthouse
          450 Main Street
          Hartford, CT  06103


          _____
          Stanley A. Twardy, Jr.