

**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 19th day of August, two thousand and four.

Before:   Hon. John M. Walker, Jr., *Chief Judge*
          Hon. Pierre N. Leval,
                    *Circuit Judges*
          Hon. John Gleeson,
                    *District Judge*

Docket No. 03-1428

---

UNITED STATES OF AMERICA,

  *Appellant*,

v.

ANTONIO D. AUTORINO,

  *Defendant-Appellee.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is VACATED and REMANDED in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
    Tracy W. Young
    Motions Staff Attorney

---

* The Honorable John Gleeson, United States District Judge for the Eastern District of New York, sitting by designation.

ISSUED AS MANDATE: 3-18-05

CONN/NHcf
03-CR-3
(Burns)

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 16th day of March, two thousand five.

- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,
        Appellant,

   - v. -

ANTHONY D. AUTORINO,
        Defendant-Appellee.

- - - - - - - - - - - - - - - - - -

No. 03-1428

[FILED MAR 18, Roseann B. MacKechnie, Clerk, Second Circuit stamp]

ORDER

The mandate in this case shall issue forthwith.

FOR THE COURT,
ROSEANN B. MacKECHNIE, Clerk

By /s/ Lucille Carr

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/ Ralph [illegible], DEPUTY CLERK

Certified 3-18-05