UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 3:03CR3(EBB) |
| : | |
| ANTHONY D. AUTORINO, : | |
| : | |
| Defendant. : | |

<u>ORDER</u>

_____ This Court has been informed that Defendant is obtaining new counsel. New counsel shall file an appearance in this matter on or before May 23, 2005.

SO ORDERED.

_____     Ellen Bree Burns
                                   Senior District Judge

Dated at New Haven, Connecticut, this ___ day of May, 2005.