UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:03CR3(EBB) |
| | : |
| ANTHONY D. AUTORINO | : May 23, 2005 |

**UNITED STATES' OPPOSITION TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME AND REQUEST FOR HEARING**

The United States of America, through undersigned counsel, respectfully submits this opposition to defendant's motion for extension of time, dated May 20, 2005. During a May 12, 2005 telephonic status conference, counsel for defendant, Stanley A. Twardy, Jr. of Day, Berry and Howard, advised that the defendant had decided to be represented by different counsel at trial. During the conference call, on account of this development, the Court postponed a hearing on the Notice of Potential Conflict that was scheduled for May 16, 2005 and advised that new counsel should file an appearance as soon as possible. On May 17, 2005, the Court issued an Order requiring that new counsel file an appearance on or before May 23, 2005.

By motion dated May 20, 2005, defendant, through counsel of record, has requested a one-week extension of time for replacement counsel to file an appearance. Defendant provided no reason for the extension, other than advising that "[d]efendant is out of the state on business," and that defendant is meeting with "the attorney who Defendant wishes to retain" on May 24, 2005, to "confirm representation."

Because trial is scheduled to commence on June 14, 2005, the Government opposes the motion for extension of time, and requests a hearing as soon as possible to resolve the issue of

counsel, as requested in the Government's May 20, 2005 motion.

        Respectfully submitted,

        JOHN H. DURHAM
        DEPUTY UNITED STATES ATTORNEY

By: _____
    DAVID SHELDON
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. ct07997

For: THOMAS V. DAILY
     ASSISTANT UNITED STATES ATTORNEY
     FEDERAL BAR NO. ct03467
     450 Main Street, Room 328
     Hartford, CT 06103
     (860) 947-1101

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been telefaxed and mailed, postage prepaid, on this 23rd day of May, 2005 to:

Stanley A. Twardy Jr., Esq. (facsimile 203-977-7301)
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

By: _____
    DAVID SHELDON
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. ct07997

For: THOMAS V. DAILY
     ASSISTANT UNITED STATES ATTORNEY
     FEDERAL BAR NO. ct03467
     450 Main Street, Room 328
     Hartford, CT 06103
     (860) 947-1101