UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES | : | CRIMINAL NO. 3:03CR3(EBB) |
| | : | |
| vs. | : | |
| | : | May 20, 2005 |
| ANTHONY D. AUTORINO | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION FOR EXTENSION OF TIME**

On May 17, 2005, this Court ordered that new counsel for the Defendant shall file an appearance in this matter on or before May 23, 2005.

Undersigned counsel informed Defendant of this Order. However, Defendant is out of state on business. Accordingly, the undersigned has contacted the attorney who Defendant wishes to retain to represent him in this matter. Defendant and potential replacement counsel are meeting on Tuesday afternoon, May 24th, to confirm representation.

Accordingly, replacement counsel will not be able to file an appearance by May 23, 2005. Therefore, Defendant requests a one week extension, through and until May 31, 2005, for replacement counsel to file an appearance.

71287059.1 003640-00050
May 20, 2005 3:18 PM

        DEFENDANT,
        ANTHONY AUTORINO


By    _____
       Stanley A. Twardy, Jr. (ct05096)
       John B. Nolan (ct05583)
       Edgardo Ramos (ct23984)
       Day, Berry & Howard LLP
       One Canterbury Green
       Stamford, CT  06901
       (203) 977-7300
       His Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this date to:

>James G. Genco Esq.
>Thomas V. Daily Esq.
>Assistant United States Attorneys
>Office of the United States Attorney
>Federal Building & U.S. Courthouse
>450 Main Street
>Hartford, CT  06103

>_____
>Stanley A. Twardy, Jr.