(Rev. 2/93)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

United States of America

V.

Anthony D. Autorino

CASE NUMBER:  3:03CR3(EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Anthony D. Autorino

| | |
|---|---|
| June 1, 2005 | |
| Date | Signature |
| ct05106 | Hugh F. Keefe, Esq. |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas V. Daily, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

Stanley A. Twardy, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

Edward Chang, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

James G. Genco, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

Hugh F. Keefe, Esq.

W:\21000-21999\21206 A. Autorino\001 USDC CR - HFK\Federal Appearance for HFK 06-01-05.doc