UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES, | : | CRIMINAL NO. |
| | : | 3:03-CR-3 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ANTHONY D. AUTORINO, | : | |
| | : | |
| Defendant. | : | AUGUST 23, 2005 |

## MOTION TO WITHDRAW APPEARANCE
## FOR ANTHONY D. AUTORINO

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned attorneys hereby move to withdraw their appearances of Stanley A. Twardy, Jr. (ct05096), John B. Nolan (ct05583), Michael G. Considine (ct16023), and Edgardo Ramos (ct23985) in this action for Defendant Anthony D. Autorino. In support of this motion, the undersigned states that Attorney Hugh F. Keefe has entered his appearance for Mr. Autorino.

WHEREFOR, the undersigned respectfully request that their appearances be withdrawn for Defendant Anthony D. Autorino.

        /s/
Stanley A. Twardy, Jr. (ct05096)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7300
Facsimile:  (203) 977-7301
satwardy@dbh.com

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent via first-class mail, postage prepaid, on this date to:

>James G. Genco Esq.
>Thomas V. Daily Esq.
>Assistant United States Attorneys
>Office of the United States Attorney
>Federal Building & U.S. Courthouse
>450 Main Street
>Hartford, CT  06103
>
>Hugh F. Keefe, Esq.
>Lynch, Traub, Keefe and Errante, P.C.
>52 Trumbull Street
>P.O. Box 1612
>New Haven, CT 06506-1612
>
>John B. Nolan, Esq.
>Day, Berry & Howard LLP
>CityPlace One
>Hartford, CT  06103
>
>Michael G. Considine, Esq.
>Edgardo Ramos, Esq.
>Day, Berry & Howard LLP
>One Canterbury Green
>Stamford, CT 06901-2047
>
>    /s/_____
>Stanley A. Twardy, Jr.