UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:03CR3(EBB) |
| | : |
| ANTHONY D. AUTORINO | : January 3, 2006 |

## UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

1. Do you, a member of your family, or a close friend know the Assistant U.S. Attorneys in this case, Thomas V. Daily or James G. Genco?

2. The United States Attorney for the District of Connecticut is Kevin J. O'Connor. Does anyone know Mr. O'Connor professionally or socially?

3. The following attorneys, in addition to Mr. Daily and Mr. Genco, are Assistant United States Attorneys for the District of Connecticut:

Jonathan Biran
William M. Brown, Jr.
Patrick F. Caruso
Edward Chang
Harold H. Chen
William A. Collier
John A. Danaher III
Nora R. Dannehy
Felice Duffy
John H. Durham
James K. Filan, Jr.
James J. Finnerty
Eric J. Glover
Sandra S. Glover
James I. Glasser
Brenda M. Green
Michael J. Gustafson

H. Gordon Hall
Alex V. Hernandez
John Hughes
Carolyn A. Ikari
Peter S. Jongbloed
Maria A. Kahn
Edward Kang
Anthony E. Kaplan
Anastasia Enos King
Keith A. King
Henry K. Kopel
Calvin B. Kurimai
Brian P. Leaming
Peter D. Markle
Alina P. Marquez
John A. Marrella
Michael S. McGarry
Raymond F. Miller
Richard M. Molot
Douglas P. Morabito
Paul A. Murphy
William J. Nardini
Lauren M. Nash
Ann M. Nevins
Krishna R. Patel
Karen L. Peck
Lisa E. Perkins
Stephen B. Reynolds
David A. Ring
Mark D. Rubino
Michael E. Runowicz
Richard J. Schechter
Christopher W. Schmeisser
Christine L. Sciarrino
David J. Sheldon
Victoria S. Shin
Deborah R. Slater
James R. Smart
Alan M. Soloway
Robert M. Spector
Geoffrey M. Stone
David X. Sullivan
Julie G. Turbert

S. David Vatti

Does anyone know any of these individuals professionally or socially?

4. The defendant in this case is Anthony D. Autorino of Wethersfield and Old Saybrook, Connecticut? Is anyone familiar with Mr. Autorino?

5. The Government may call the following witnesses in its case:

Ealy Bennett
Roger Bernhammer
Thomas Carocci
Michael Clark
Vincent DiVincenzo
William Dorman
Kenneth Dorros
Michael Fawcett
Walter Grattan
Patricia Huff
Durwin Jones
Peter MacDonald
Carole A. McDonald
Rickie McCullough
Gordon Muir
Charles Pryce
William Sweeney
Frank Williams

Does any one know any of these potential witnesses?

6. Are you, any member of your immediate family, or a close friend employed by or in any way affiliated with any of the following entities:

ADS Realty
Central Bank
Fairchild Industries
Federal Deposit Insurance Corporation ("FDIC")
Intermedia Communications
New Bank of New England
Republic Credit Corporation
Sentinel Bank

Shared Technologies, Inc.
Shared Technologies Fairchild, Inc.

      7. Have you, any member of your family, or a close friend ever been charged with, convicted of, or investigated concerning a criminal offense, other than minor traffic violations?

      8. Have you, any member of your family, or a close friend ever been involved in any civil suit or tax audit involving the United States Government?

      9. Have you, your relatives or any of your close friends ever had any contact with law enforcement officials which might prejudice you for or against law enforcement?

      10. As you know this case is brought against the defendant by the United States. Does any prospective juror harbor any feelings about the Government which would make it difficult to be fair and impartial in this case?

      11. Do you feel that upon listening to the evidence you could render a verdict which is completely fair to both the defendant and the Government?

      12. Would you be able to follow the Court's instructions on the law in this case even if you thought the law should be interpreted differently?

      13. If you disagree with the law or the instructions as I give them to you, would you still be able to follow them and be impartial?

      14. Do any of you have relatives who are lawyers or law students?

      15. Do you have any physical or medical problems that would make it difficult for you to sit as a juror?

      16. This case involves charges relating to alleged fraudulent conduct in connection with money owed to the Federal Deposit Insurance Corporation ("FDIC") by Mr. Autorino. These

charges include wire fraud, bank fraud and making false statements. Have any of you, either personally or through a close friend or family member, had any experiences that would make it difficult for you to be impartial in judging a case involving the violation of these federal laws?

17. Do you, any member of your immediate family, or a close friend, work for a bank, a savings & loan institution, the FDIC, or other financial institution?

18. Do you, or any member of your immediate family work as an investment professional or financial advisor?

19. Have you, any member of your immediate family, or close friend ever defaulted on a loan? If yes, is there anything about that experience that would make it difficult to judge this case fairly and impartially?

20. Have you, any member of your immediate family, or a close friend ever been owed a debt that was not paid? If yes, is there anything about that experience that would make it difficult to judge this case fairly and impartially?

21. This case was investigated by Special Agents of the Federal Bureau of Investigation. Have you or any members of your family, to the best of your knowledge, had any experience with the F.B.I., or any other federal agency, that would or could affect your ability to listen to the evidence and render an impartial verdict?

22. The government is required to prove its case beyond a **reasonable** doubt. This does **not** mean that the Government must prove each defendant's guilt beyond any **possible** doubt. Do you understand that the presumption that a defendant is innocent is overcome when the United States proves its case beyond a reasonable doubt?

23. If the government proves its case beyond a reasonable doubt, do you have any reason,

morally, philosophically or religiously, why you could not go into the jury room and convict a defendant?

24. Your duty, as jurors, is to judge guilt or innocence based upon the evidence. It is my duty to determine punishment if you return a guilty verdict. The law does not permit you to consider the issue of punishment because there are factors having nothing to do with this trial which will determine lenience or harshness. Is there anyone present who would vote "Not Guilty" no matter what the evidence indicates, merely because this crime could possibly result in a prison sentence and even though you will not know whether or not any prison sentence will be imposed?

25. The law requires that you base your verdict on the facts as you find them to be from the evidence. The law does not permit you to consider any emotion such as sympathy, prejudice, vengeance, fear, or hostility. Do you feel that you are a person who cannot put these emotions out of your mind when deliberating on a verdict?

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

By: _____
     WILLIAM J. NARDINI
     ASSISTANT UNITED STATES ATTORNEY
     FEDERAL BAR NO. ct16012

For:  THOMAS V. DAILY
      ASSISTANT UNITED STATES ATTORNEY
      FEDERAL BAR NO. ct03467
      450 Main Street, Room 328
      Hartford, CT 06103
      (860) 947-1101

>JAMES G. GENCO
>ASSISTANT UNITED STATES ATTORNEY
>FEDERAL BAR NO. ct00360
>450 Main Street, Room 328
>Hartford, CT 06103
>(860) 947-1101

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been telefaxed and mailed, postage prepaid, on this 3rd day of January, 2006 to:

Hugh F. Keefe, Esq. (Facsimile (203) 782-0278)
Nicole Fournier Gelson, Esq.
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, Connecticut 06510

>_____
>THOMAS V. DAILY
>ASSISTANT UNITED STATES ATTORNEY
>FEDERAL BAR NO. ct03467
>450 Main Street, Room 328
>Hartford, CT 06103
>(860) 947-1101
>
>JAMES G. GENCO
>ASSISTANT UNITED STATES ATTORNEY
>FEDERAL BAR NO. ct00360