LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION NO. 3:03CR0003(EBB) |
| | : | |
| V. | : | |
| | : | |
| ANTHONY D. AUTORINO | : | JANUARY 3, 2005 |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

The defendant, Anthony D. Autorino, respectfully requests that the following supplemental voir dire questions be submitted to the jury in addition to the questions typically posed by the Court.

**I    Parties & Case**

1. Have you heard, read or seen anything about this case?

    (a)    If yes, please explain.

2. Have you heard of, or done business with, the defendant in this case, Anthony D. Autorino?

3. The following is a list of names of people you may hear from or about during this trial. Do you know, or have you heard of, or have you worked with any of the following individuals:

   Ealy Bennett
   Roger Bernhammer
   Terry Dorman
   Kenneth Dorros
   Michael Fawcett
   Durwin Jones
   Susan Kraus
   Peter McDonald
   Gordon Muir
   Charles Pryce
   Jennifer Reiber
   Charles Singleton
   John Colleran
   Walter Paulekas
   Edwin Smith
   William DiBella

 (a) If yes, please identify which person and in what context you know that person.

4. Have you ever had any experience with, or do you have any connection with, any of the following entities?

   ADS Realty
   Central Bank
   Fairchild Industries
   Federal Deposit Insurance Corporation ("FDIC")
   Intermedia Communications, Inc.
   New Bank of New England
   Republic Credit Corporation
   Sentinel Bank
   Shared Technologies, Inc.
   Shared Technologies Fairchild, Inc.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

    (a)    If yes, please explain.

5.    Have any of you heard or read anything whatsoever concerning this case?

6.    The evidence in this case will show that Anthony Autorino is a businessman and an entrepreneur.  Is there anyone on the panel who would be biased against Mr. Autorino solely because of that?

## II.    Background/Employment

7.    Where do you work (if unemployed or retired, where did you last work)?

    (a)  How long have you worked there?

    (b)  What other jobs have you held?

8.    How far did you go in school?

9.    Are you single, married, divorced, widowed?

    (a)  If married, or otherwise living with someone, what does your spouse/partner do?

10.    Have you ever served in the military?

    (a)  If yes, what branch, what rank, and for how long?

11.    Have you, any relative, or anyone close to you ever worked in the legal profession in any capacity, including but not limited to, as a prosecuting attorney, criminal defense attorney, judge, legal secretary, or paralegal?

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

(a) If yes, please provide that person's name, relationship to you, and the area of law in which he or she worked.

(b) Have you had any direct personal experiences with any person working in the legal profession in any capacity, including, but not limited to, as a prosecuting attorney, criminal defense attorney, judge, legal secretary, or paralegal?

12. Is there any public figure – either present day or historical – who you admire? Why?

13. Do you believe innocent people can be arrested and/or indicted?

14. In the last few years, there have been a lot of TV shows regarding lawyers and the criminal justice system, i.e., Law and Order, America's Most Wanted, Cops, The Practice, etc. Do you watch lawyer shows or have you watched any coverage of live cases on TV?

15. As a result have you formed any opinions about defense attorneys or prosecutors?

16. Do you believe you are good at sizing people up? Are you able to tell when someone is lying to you?

17. Have you ever been lied to?

18. Do you consider yourself to be a patient person? The reason I ask is because there could be times during the trial when the jury may have to stay in the jury room while we take up legal issues? Could you be patient if that were to happen? You wouldn't hold it against either side would you?

19. Does the fact that Anthony Autorino is charged with several offenses, as opposed to one offense, make it seem more likely to you that he must be guilty?

20. If you were Anthony Autorino, would you want to be judged by somebody possessing your present frame of mind in this case?

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

W:\21000-21999\21206 A. AUTORINO\001 USDC CR - HFK\PLEADINGS\DEF PROP VOIR DIRE QUESTIONS 12-09-05.DOC

4

21. Have you or anyone close to you ever served in the military? If so, please explain.

22. Have you or anyone close to you ever held political office or run for political office? If so, please explain.

23. Do you read books? What type of books?

24. Will you listen to all of the evidence before you make up your mind?

25. Will you refrain from making up your mind at any point in the trial before it is completely over?

26. Do you assure us that you will not make up your mind until after the defendant has rested his case and until after the final arguments and the judges instructions on the law?

27. Have you ever heard the defendant's name mentioned anywhere other than in this courtroom? If so, please explain.

### III. Experience with Crime and/or Fraud

28. Have you, any relative, or anyone close to you ever been a victim of a crime or a complaining witness in a criminal case?

    (a) If yes, please explain.

29. Have you, any relative, or anyone close to you ever been charged with, convicted of, or investigated concerning a criminal offense, other than minor traffic violations?

    (a) If yes, please explain.

30. Have you, any relative, or anyone close to you ever been the victim of a fraud, or the victim of a scam or con artist?

    (a) If yes, please explain.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

31.    Do you know anyone who has been accused or convicted of fraud or making false statements?

   (a)  If yes, please explain.

32.    Do you think that you, any relative, or anyone close to you, have been negatively impacted by any corporate financial problems or fraud?

33.    Is there anything about the nature of the charge in this particular case – alleged fraud involving the FDIC – that would in anyway give rise in you to a belief, knowledge, prejudice, or experience, that would prevent you from keeping an open mind?

34.    Is there anything about the nature of this particular charge that would bias you at the outset against Anthony Autorino?

35.    Does the fact that Anthony Autorino has been indicted by a Grand Jury in this case lead you to conclude that he must have done something wrong or otherwise he would not be on trial?

IV.   **Financial and/or Business Experience**

36. Have you taken any courses or had any training in business, finance, investment, or any similar area?

   (a)  If yes, please explain how many courses and/or how much training you have had and identify the areas in which you have had courses/or training.

37. Have you ever invested in the stock market?

   (a) If yes, have you either (1) ever sustained a significant loss, and/or (2) stopped investing in the stock market in the last five years? Please explain.

38. Have you ever felt taken advantage of in a business dealing?

   (a)  If yes, please explain.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

W:\21000-21999\21206 A. AUTORINO\001 USDC CR - HFK\PLEADINGS\DEF PROP VOIR DIRE QUESTIONS 12-09-05.DOC

6

39. Have you ever been owed a debt that was not paid?

    (a)  If yes, please explain:

40. Have you ever defaulted on a loan?

    (a)  If yes, please explain:

**V.**   **Experience with Government and/or Related Agencies**

41. Have you, any relative, or anyone close to you, ever been employed by any federal, state or local law enforcement agency, any other federal, state of local governmental agency, or any
private detective agency or security firm?

    (a)  If yes, please explain.

42. Have you, any relative, or anyone close to you had any experience involving law enforcement officials or government agents that might prevent you from considering the evidence in this case fairly and impartially?

    (a)  If yes, please explain.

43. Would you give greater or lesser weight to the testimony of a law enforcement officer or government agent than to the testimony of any other witness <u>simply because</u> the witness was a law enforcement officer or government agent?

    (a)  If yes, please explain.

44.     Have any of you had any experiences – negative or positive – in dealing with a federal agency like the FDIC?  If so, please explain.

45.     At least one of the government's witnesses in this case will be an agent of the FBI. Have you or anyone close to you had any personal experience with federal agents, including the FBI?

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

46. If the court instructs you that with respect to the testimony of all federal agents – that you are not to automatically assume such testimony is truthful, will you be able to accept that?

47. Do you know any criminal defense attorneys? Any prosecutors? Any judges?

## VI. Previous Jury or Trial Experience

48. Have you ever served on a State or Federal Grand Jury?

    (a) If yes, please explain.

49. Have you ever served as a juror in a criminal case?

    (a) If yes, please explain the case and what the verdict was.

50. Have you ever served as a juror in a civil case?

    (a) If yes, please explain the case and what the verdict was.

51. Have you, any relative, or anyone close to you ever been a plaintiff (i.e., files a lawsuit) or been a defendant (i.e., been sued) in a civil case?

    (a) If yes, please explain.

## VII. Justice System

52. The Court will instruct you that, as a matter of law, a defendant is presumed to be innocent on each of the charges against him and the burden is entirely on the government to prove his guilt on that charge beyond a reasonable doubt. A defendant does not have to prove that he is <u>not guilty</u>. Would it be difficult to follow these instructions?

    (a) If yes, please explain.

53. The Court will instruct you that you must wait until all of the evidence has been presented and the Court has instructed you on all of the applicable law before you can

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

W:\21000-21999\21206 A. AUTORINO\001 USDC CR - HFK\PLEADINGS\DEF PROP VOIR DIRE QUESTIONS 12-09-05.DOC

8

reach a conclusion with respect to any of the charges against the defendant. Would it be difficult for you to follow this instruction?

    (a) If yes, please explain.

54.    Some people have religious or philosophical views that prevent them from acting as jurors and in effect judging other people. Do you have any such beliefs that would affect your ability to serve as a juror?

    (a) If yes, please explain.

55.    If you are instructed as a juror that if evidence can be interpreted in one of two ways – one consistent with innocence and one consistent with guilt – then you must interpret in a manner consistent with innocence, would you be able to following that instruction?

56.    Given what you know about our criminal justice system in the United States, do you think it is to lenient in favor of persons accused of crimes or too severe?

57.    Have any of you or anyone close to you been sued or brought a lawsuit against anybody for anything?  If so, please explain.

58.    Do you understand that under our law, a defendant is presumed innocent and that presumption of innocence alone is sufficient to acquit him of this crime?

59.    Do you understand that an indictment or charge by a Grand Jury is simply that – a charge. It is a vehicle to get the defendant to trial and nothing more. It is no evidence whatsoever of guilt.  Can you accept that?

60.    Under our system, the way a case is brought to trial is for the Government to be a party to the case.  This is only a formality and is merely procedure.  Does the fact that the Government, the United States, is a party to this case as it is in every federal criminal case, make you in anyway biased in favor of the Government or the prosecution?

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

61. Do you understand that simply because the United States is a party to the case as it is in every federal criminal case, cannot be interpreted as an implication of guilt. Mr. Autorino stands here today in the eyes of the law as an innocent defendant. He is presumed innocent and remains so unless or until the Government can prove each and every element of each and every crime against him beyond a reasonable doubt. Do any of you have any hesitancy whatsoever in accepting that as the law?

62. In this case, the prosecution must prove every essential element of the crime charged beyond a reasonable doubt. I will instruct you on the elements of the crime at a later time. If the Government fails to prove any essential element beyond a reasonable doubt you must find the defendant "not guilty". Is there anything about this principle that you find contrary to your beliefs?

63. Should the Government fail to prove any of the elements of this case beyond a reasonable doubt would you hesitate to return a verdict of "not guilty"?

64. Will you judge this case strictly and solely upon what you hear in this courtroom in the form of evidence and nothing else?

65. If I instruct you not to read anything about this case in the newspapers or watch anything on TV or listen on the radio, will you follow that instruction?

66. Do any of you know one another? If so, in what capacity?

67. Do any of you now have any opinion about this case?

68. Do each of you personally presume that Anthony Autorino innocent at this point?

69. Do each of you understand that you cannot find Mr. Autorino guilty only if you think he is guilty of some crime? It is not enough to convict a defendant if you merely think he engaged in some criminal conduct at some point. Under your oath, you must be convinced beyond a reasonable doubt that the Government proved the particularly charge against him in this case and every element of that charge beyond a reasonable doubt before you can convict him of anything.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

70. If you came to the conclusion that the prosecution had not proven guilty beyond a reasonable doubt and you found that you were in the minority, would you change your verdict solely because you were in the minority?

71. Can any of you think of any reason why you would be unable to render a fair and just verdict in this case?

72. Every individual who is charged with a crime has a right to remain silent. That means that a person on trial does not have to testify in his own behalf or even to present any defense. If Anthony Autorino chooses not to testify, would you hold it against him in any way?

73. If you were given a piece of paper and asked to vote right this moment as to whether Mr. Autorino is guilty or not guilty, what would your vote be?

74. Do you understand that the burden of proof that the Government has in this case – proof beyond a reasonable doubt that Mr. Autorino violated the law – is the highest burden of proof in the law – higher then in any civil case?

75. Do you understand that you cannot speak with anyone about this case while it is going on?

76. Do you understand that you should not make up your mind until after you hear everything – all of the evidence in the closing arguments? Will you be able to do that?

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

        THE DEFENDANT,
        Anthony D. Autorino


       BY:_____
        Hugh F. Keefe, Esq.
        Federal Bar No. ct05106
        Nicole Fournier Gelston
        Federal Bar No. ct18550
        Lynch, Traub, Keefe & Errante
        52 Trumbull Street
        P.O. Box 1612
        New Haven, CT 06506
        (203) 787-0275
        (203) 782-0278 Fax
        hkeefe@ltke.com
        nfournier@ltke.com


## CERTIFICATION

  I hereby certify that a copy of the foregoing was sent via facsimile and regular mail on January 3, 2005, to all counsel and pro se parties of record as follows:

Assistant United States Attorneys
James G. Genko, Esq.
Thomas V. Daily, Esq.
450 Main Street
Hartford, CT 06103


        _____
        Hugh F. Keefe