(Rev. 2/93)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

**United States of America**

**V.**

**Anthony D. Autorino**

CASE NUMBER: 3:03CR3(EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Anthony D. Autorino

| | |
|---|---|
| January 6, 2006 | |
| Date | Signature |
| ct018550 | Nicole Fournier Gelston, Esq. |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas V. Daily, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

James G. Genco, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

_____
Nicole Fournier Gelston, Esq.