UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES 3:03CR0003(EBB) | : : : : : | CRIMINAL ACTION NO. |
| V. | : : : : | |
| ANTHONY D. AUTORINO | : | JANUARY 6, 2005 |

### **DEFENDANT'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS**

The defendant, Anthony D. Autorino, respectfully requests that the following supplemental voir dire questions be submitted to the jury in addition to the questions previously submitted by the defendant on January 3, 2006. The defendant respectfully requests that the questions below immediately follow Question 62 in Part VII of the Defendant's Proposed Voir Dire, dated January 3, 2006.

1. Each of the offenses with which the defendant is charged has as an essential element of the offense "intent." This means that, in addition to the other essential elements the government must prove to you, the government must also prove to you that the defendant had the requisite mental intent to commit each of the offenses.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\21000-21999\21206 A. AUTORINO\001 USDC CR - HFK\PLEADINGS\SUPPLEMENTAL VOIR DIRE.DOC

a) Do you understand that you cannot find the defendant guilty of an offense unless you find that the government proved to you beyond a reasonable doubt that the defendant possessed the requisite intent to violate the law?

b) Would you have any difficulty following the court's instruction that you are to find the defendant not guilty of an offense if you find that the government failed to prove to you that the defendant possessed the requisite intent to commit that offense?

THE DEFENDANT,
Anthony D. Autorino


BY:_____
Hugh F. Keefe, Esq.
Federal Bar No. ct05106
Nicole Fournier Gelston
Federal Bar No. ct18550
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
(203) 782-0278 Fax
hkeefe@ltke.com
nfournier@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\21000-21999\21206 A. AUTORINO\001 USDC CR - HFK\PLEADINGS\SUPPLEMENTAL VOIR DIRE.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile and regular mail on January 6, 2006, to all counsel and pro se parties of record as follows:

Assistant United States Attorneys
James G. Genko, Esq.
Thomas V. Daily, Esq.
450 Main Street
Hartford, CT 06103

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\21000-21999\21206 A. AUTORINO\001 USDC CR - HFK\PLEADINGS\SUPPLEMENTAL VOIR DIRE.DOC