UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | DOCKET NO. 3:03CR0003(EBB) |
| | : | |
| V. | : | |
| | : | |
| ANTHONY D. AUTORINO | : | January 10, 2006 |

DEFENDANT'S WITNESS AND EXHIBIT LIST

I.  Witness List

In addition to those witnesses listed by the Government, the defendant may call the following witnesses:

1. Walter Paulekas, Esq.

2. John Colleran, Esq.

3. Anthony D. Autorino

4. Edwin Smith, Esq.

5. Sister Judy Carey

6. Susan Kraus

7. Jennifer Rieber

8. Kenneth Dorros

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\TCONTE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\DEFS PROPOSED WITNESS EXHIBITS.DOC

  9.  Rhonda Reynolds

  10.  Larry Gold

II.  <u>Exhibit List</u>

 In <u>addition to</u> those exhibits listed by the Government, the defendant may introduce the following exhibits:

 A.  Affidavit of Lost Certificate, dated July 31, 1992;

 B.  Affidavit of Loss and Indemnity Agreement, dated August 31, 1990;

 C.  Certificate of Lost Documents, dated September 25, 1992;

 D.  Letter, dated June 25, 1993 from Anthony Autorino to The Trust Company of New Jersey, with handwritten note from Ken Dorros;

 E. Minutes of Meeting of Shared Technologies Board, dated July 21, 1992;

 F.  Undated Letter from Ken Dorros to Neil Becker confirming extension for delivery of collateral for Shawmut loan;

 G.  Letter, dated July 28, 1993 from Ken Dorros to Berman & Sable enclosing STCH 456 to Shawmut as collateral.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\TCONTE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\DEFS PROPOSED WITNESS EXHIBITS.DOC

          THE DEFENDANT,
          Anthony D. Autorino


        BY:_____
         Hugh F. Keefe, Esq.
         Federal Bar No. ct05106
         Nicole Fournier Gelston
         Federal Bar No. ct18550
         Lynch, Traub, Keefe & Errante
         52 Trumbull Street
         P.O. Box 1612
         New Haven, CT 06506
         (203) 787-0275
         (203) 782-0278 Fax
         hkeefe@ltke.com
         nfournier@ltke.com


## CERTIFICATION

  I hereby certify that a copy of the foregoing was hand-delivered to counsel of record as follows:

Assistant United States Attorneys
James G. Genko, Esq.
Thomas V. Daily, Esq.
450 Main Street
Hartford, CT 06103

          _____
          Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\TCONTE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\DEFS PROPOSED WITNESS EXHIBITS.DOC