UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:03CR3(EBB) |
| | : |
| ANTHONY D. AUTORINO | : January 10, 2006 |

## UNITED STATES' PROPOSED EXHIBIT LIST

1.  Documents Relating to Shared Technologies $5,000,000 Loan from Central Bank

    A.  Promissory Note for $5,000,000, dated June 4, 1990

    B.  Guaranty Agreement by Anthony D. Autorino, Guarantor, dated June 4, 1990

    C.  Shared Technologies Letter Agreement with Central Bank, dated February 20, 1991

    D.  Shared Technologies $750,000 Revolving Note with Central Bank, dated February 20, 1991

2.  Documents Pertaining to Shared Technologies/Autorino's Negotiation of Central Bank Debt

    A.  Letter to Shared Technologies Advising Payment Due Regarding $5,000,000 Note, from Charles Pryce, FDIC, dated January 9, 1992

    B.  Letter to Shared Technologies Advising Payment Due Regarding $750,000 Revolving Note, from Charles Pryce, FDIC, dated January 9, 1992.

    C.  Two Letters to Shared Technologies Advising of Default, from Charles Pryce, FDIC, dated  February 3, 1992

    D.  Anthony Autorino Letter to Charles Pryce, FDIC, re Settlement Offer, dated March 5, 1992

    E.  Terry Dorman, Dorman and Fawcett, Letter to Charles Pryce, FDIC, with Revised Settlement Offer, dated April 27, 1992

    F.    FDIC memo to Senior Credit Review Committee, dated May 5, 1992;

    G.    Workout Agreement between Shared Technologies and FDIC, dated July 27, 1992

3. Documents Relating to STI, FDIC Closing, in September 1992

    A.    Closing Memorandum and Cross-Receipt, executed September 25, 1992

    B.    $675,000 Promissory Note between Anthony D. Autorino and the FDIC, dated September 25, 1992

    C.    Security and Pledge Agreement by Anthony D. Autorino, dated September 25, 1992

    D.    Shared Technologies, Inc. Stock Certificate #1315 for 400,000 Shares and Receipt

    E.    Signed Assignment of Stock Certificate

    F.    Assignment and Acknowledgment dated September 25, 1992

4. Shared Technologies, Inc. Documents Pertaining to Autorino Shares

    A.    Shared Technologies, Inc. 1992 Annual Report

    B.    STI Audit Committee Notes, dated May 21, 1993

    C.    Shared Technologies Board of Director Minutes, dated July 20, 1993

    D.    Anthony Autorino's Memorandum to STI, Board of Directors, dated March 22, 1993

5. Documents Pertaining to Autorino Cancellation and Replacement of Stock Certificates #1315 and #0959

    A.    Anthony Autorino Letter on Berman & Sable letterhead to Roger Bernhammer, dated June 25, 1993

    B.    Roger Bernhammer Letter to Kenneth Dorros, dated July 6, 1993, enclosing form Affidavit and Board Resolution

    C.    Letter from Kenneth Dorros to Roger Bernhammer, dated July 26, 1993, enclosing Executed Affidavit and Secretary's Certificate

    D.    Kenneth Dorros Certificate certifying Board Resolution, dated July 26, 1993

      E.      Anthony Autorino Lost Security Affidavit, dated July 26, 1993

      F.      Letter from Roger Bernhammer to Kenneth Dorros, dated July 28, 1993, enclosing Replacement Certificates

      G.      Documents Tracing Replacement Certificates STCH 457 and STCH 455

      H.      Letter to Durwin Jones from Tom Bogan, Continental Stock Transfer & Trust Company dated June 15, 1999

      I.      Letter to Roger Bernhammer, Continental Stock Transfer & Trust Company, from Durwin Jones dated June 15, 1999

      J.      Letter to Roger Bernhammer, Continental Stock Transfer & Trust Company, from John B. Nolan, Day, Berry & Howard dated June 17, 1999.

6.      Documents Pertaining to Autorino Default on $675,000 Note and Notice of Default and Final Demand

      Letter from Frank Williams to Anthony Autorino, dated March 13, 1998, Formal and Final Demand for Payment of $675,000 Note

7.      Documents Relating to Wire Transfer of $197,848,530 on March 12, 1998

      A.      Sun Trust document reflecting outgoing wire transfer from Intermedia Communications of Florida to Chase Bank, New York, Continental Transfer and Trust

      B.      Chase Manhattan document reflecting wire transfer from Sun Trust Bank to Chase Bank

8.      Documents Pertaining to Loans by ADS Realty from Sentinel Bank/New Bank of New England

      A.      Commercial Revolving Line of Credit Note and Loan Agreement, dated February 10, 1991, signed by Anthony Autorino

      B.      Letter from Anthony Autorino to Randy Stewart at Sentinel Bank, dated March 21, 1991, delivering Shared Technologies, Inc. Common Stock Certificate ST959 for 253,000 Shares

      C.      Shared Technologies, Inc. Certificate #0959

9. Documents Relating to Resolution by Anthony Autorino of ADS Realty Debt with Sentinel Bank and New Bank of New England

    A. Large Asset Status Report, dated June 30, 1993 re Anthony Autorino

    B. Letter from Gordon Muir, FDIC, to Anthony Autorino, dated September 29, 1993

    C. Letter from Gordon Muir, FDIC, to Anthony Autorino, dated December 29, 1994, with Settlement Proposal

    D. Memo from Susan Kraus to Gordon Muir, FDIC, dated January 11, 1995, indicating the he has accepted the terms of the latest proposal

    E. Stipulated Agreement, dated November 1, 1995, between ADS Realty, Anthony Autorino, and the FDIC

    F. $500,000 Promissory Note by Anthony Autorino to FDIC, dated July 17, 1996

    G. Pledge Agreement by Anthony Autorino to FDIC, pledging Stock Certificate ST0959, dated July 17, 1996

10. Documents Pertaining to Prudential Security Accounts

    A. Documents Pertaining to Prudential Security Account 426541

    B. Documents Pertaining to Prudential Security Account 382241

Respectfully submitted,

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY


THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct03467


JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY

FEDERAL BAR NO. ct00360
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

**CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been hand delivered on this 10th day of January, 2006 to:

Hugh F. Keefe, Esq. (Facsimile (203) 782-0278)
Nicole Fournier Gelston, Esq.
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, Connecticut 06510

_____
THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY

JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY