UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No.: 3:03CR3 (EBB) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY D. AUTORINO | : | January 10, 2006 |

## UNITED STATES' WITNESS LIST

Ealy Bennett
Roger Bernhammer
Thomas Carocci
Michael Clark
Vincent DiVincenzo
William Dorman
Kenneth Dorros
Michael Fawcett
Cleo Glatt
Walter Grattan
Patricia Huff
Durwin Jones
Peter MacDonald
Carole A. McDonald
Ricky McCullough
Gordon Muir
Charles Pryce
Frank Williams

Respectfully Submitted,

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY


THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, CT 06103
Tel. (860) 947-1101
Federal Bar No. ct03467

        JAMES G. GENCO
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct00360

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been hand-delivered this 10th day of January, 2006 to:

Hugh F. Keefe, Esq.
Nicole Fournier Gelston, Esq.
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, Connecticut 06510

        _____
        THOMAS V. DAILY
        ASSISTANT UNITED STATES ATTORNEY

        JAMES G. GENCO
        ASSISTANT UNITED STATES ATTORNEY