UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No.: 3:03CR3 (EBB) |
| | : | |
| v. | : | January 24, 2006 |
| | : | |
| ANTHONY D. AUTORINO | : | |

**UNITED STATES' ADDITIONAL PROPOSED JURY INSTRUCTION**
**UNCALLED WITNESSES EQUALLY AVAILABLE**

    The United States, by and through the undersigned Assistant United States Attorneys, hereby submits the following proposed jury instruction relating to uncalled witnesses.

                           Respectfully Submitted,

                           KEVIN J. O'CONNOR
                           UNITED STATES ATTORNEY


                           THOMAS V. DAILY
                           ASSISTANT UNITED STATES ATTORNEY
                           450 Main Street, Room 328
                           Hartford, CT 06103
                           Tel. (860) 947-1101
                           Federal Bar No. ct03467


                           JAMES G. GENCO
                           ASSISTANT UNITED STATES ATTORNEY
                           Federal Bar No. ct00360

PROPOSED INSTRUCTION

<u>Uncalled Witness Equally Available</u>

There are several persons whose names you have heard during the course of the trial but who did not appear here to testify, and one or more of the attorneys has referred to their absence from the trial. I instruct you that each party had an equal opportunity or lack of opportunity to call any of these witnesses. Therefore, you should not draw any inferences or reach any conclusions as to what they would have testified to had they been called. Their absence should not affect your judgment in any way.

You should, however, remember my instruction that the law does not impose on a defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence.

---

Sand, Instruction 6-7; <u>United States v. Myerson</u>, 18 F.3d 153, 158 (2d Cir. 1994) (holding that when witness is equally available to both sides, failure to produce is open to inference against both parties, despite government's power to immunize witness, absent extraordinary circumstances).

Respectfully Submitted,

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY


THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, CT 06103
Tel. (860) 947-1101
Federal Bar No. ct03467


JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct00360


## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been hand-delivered this 25th day of January, 2006 to:

Hugh F. Keefe, Esq.
Nicole Fournier Gelston, Esq.
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, Connecticut 06510

_____
THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY

JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY