UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
UNITED STATES OF AMERICA    :
                            :
            v.              :      NO. 3:03CR3(EBB)
                            :
ANTHONY D. AUTORINO         :
```

United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/27 20%
Kevin F. Rowe, Clerk
By M. Ruocco
Deputy Clerk

<u>VERDICT FORM</u>

### COUNT ONE

1. As to Count One of the Indictment, charging the defendant ANTHONY D. AUTORINO with fraud by wire, we the jury unanimously find the defendant:

    _____GUILTY               __X__NOT GUILTY

### COUNT TWO

2. As to Count Two of the Indictment, charging the defendant ANTHONY D. AUTORINO with fraud by wire, we the jury unanimously find the defendant:

    _____GUILTY               __X__NOT GUILTY

### COUNT THREE

3. As to Count Three of the Indictment, charging the defendant ANTHONY D. AUTORINO with fraud by wire, we the jury unanimously find the defendant:

    _____GUILTY               __X__NOT GUILTY

### COUNT FOUR

4. As to Count Four of the Indictment, charging the defendant ANTHONY D. AUTORINO with bank fraud, we the jury unanimously find the defendant:

    _____GUILTY               __X__NOT GUILTY

## COUNT FIVE

5. As to Count Five of the Indictment, charging the defendant ANTHONY D. AUTORINO with making a false statement to the FDIC, we the jury unanimously find the defendant:

   _____GUILTY          \_\_X\_\_NOT GUILTY

## COUNT SIX

6. As to Count Six of the Indictment, charging the defendant ANTHONY D. AUTORINO with making a false statement to the FDIC, we the jury unanimously find the defendant:

   _____GUILTY          \_\_X\_\_NOT GUILTY

## COUNT SEVEN

7. As to Count Seven of the Indictment, charging the defendant ANTHONY D. AUTORINO with making a false statement to the FDIC, we the jury unanimously find the defendant:

   _____GUILTY          \_\_X\_\_NOT GUILTY

   _____
   FOREPERSON

At New Haven, Connecticut, on this 27th day of January, 2006.