United States District Court
District of Connecticut
FILED AT   NEW HAVEN
_____1/27_____ 20 06
Kevin F. Rowe, Clerk
By _M. Ruocco_
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | DOCKET NO. 3:03CR0003(EBB) |
| | : | |
| V. | : | |
| | : | |
| ANTHONY D. AUTORINO | : | January 10, 2006 |

### DEFENDANT'S WITNESS AND EXHIBIT LIST

I.  Witness List

In <u>addition to</u> those witnesses listed by the Government, the defendant may call the following witnesses:

1. Walter Paulekas, Esq.

2. John Colleran, Esq.

1/25/06  3. Anthony D. Autorino - Farmington, CT

1/26/06  4. Edwin Smith, Esq. - Weston, MA

1/26/06  5. Sister Judy Carey - Hartford, CT

6. Susan Kraus

7. Jennifer Rieber

8. Kenneth Dorros

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
C:\DOCUMENTS AND SETTINGS\TCONTE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\DEFS PROPOSED WITNESS EXHIBITS.DOC

F◊ 1/26/06  9. ~~Rhonda~~ Ronna Reynolds — Wethersfield, CT

    10. Larry Gold

II. <u>Exhibit List</u>

In <u>addition to</u> those exhibits listed by the Government, the defendant may introduce the following exhibits:

Full  1/25/06  A. Affidavit of Lost Certificate, dated July 31, 1992;

Full  1/25/06  B. Affidavit of Loss and Indemnity Agreement, dated August 31, 1990;

Full  1/13/06  C. Certificate of Lost Documents, dated September 25, 1992;

Full  1/25/06  D. Letter, dated June 25, 1993 from Anthony Autorino to The Trust Company of New Jersey, with handwritten note from Ken Dorros;

    E. Minutes of Meeting of Shared Technologies Board, dated July 21, 1992;

    F. Undated Letter from Ken Dorros to Neil Becker confirming extension for delivery of collateral for Shawmut loan;

    G. Letter, dated July 28, 1993 from Ken Dorros to Berman & Sable enclosing STCH 456 to Shawmut as collateral.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\TCONTE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\DEFS PROPOSED WITNESS EXHIBITS.DOC

THE DEFENDANT,
Anthony D. Autorino


BY:_____
    Hugh F. Keefe, Esq.
    Federal Bar No. ct05106
    Nicole Fournier Gelston
    Federal Bar No. ct18550
    Lynch, Traub, Keefe & Errante
    52 Trumbull Street
    P.O. Box 1612
    New Haven, CT 06506
    (203) 787-0275
    (203) 782-0278 Fax
    hkeefe@ltke.com
    nfournier@ltke.com


## CERTIFICATION

      I hereby certify that a copy of the foregoing was hand-delivered to counsel of record as follows:

Assistant United States Attorneys
James G. Genko, Esq.
Thomas V. Daily, Esq.
450 Main Street
Hartford, CT 06103

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\TCONTE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\DEFS PROPOSED WITNESS EXHIBITS.DOC

# United States District Court

DISTRICT OF __CT__

USA v. Autorino

**Defendants continued**
EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:03cr3

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | H | 1/11/04 | ✓ | ID | Letter 2/18/92 from Dornan to Ausman |
| | I | 1/11/04 | ✓ | ID | Letter 5/4/92 from Dornan to Pryce |
| | J | 1/11/04 | ✓ | ID | Letter 3/20/92 from Ausman to Palladino |
| | K | 1/18/06 | ✓ | ID | Confidential Memo 3/2/92 to Nathan |
| | L | 1/18/06 | ✓ | ✓ | Memo 9/24/92 re: Closing Agenda |
| | M | 1/18/06 | ✓ | ID | Memo 5/3/05 from Huff to Grattan |
| | N | 1/18/06 | ✓ | ID | Memo 9/30/92 from Huff to Runyon, 1 page |
| | O | 1/18/06 | ✓ | ID | Memo 9/30/92 from Huff to Runyon, 8 pages |
| | P | 1/19/06 | ✓ | ✓ | 1993 Report - published April 94 |
| | Q | 1/19/06 | ✓ | ✓ Full | 1994 Report - published April 95 |
| | R | 1/19/06 | ✓ | ID 1/25/06 | Letter 10/1/93 from Dornos to Bernhammer |
| | S | 1/25/06 | ✓ | ID | Magazine - 1st Health (Nigeria) |
| | T | 1/26/06 | ✓ | ✓ | Resume of Edwin E. Smith |