United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/27 2006
Kevin F. Rowe, Clerk
By Melissa Ruocco
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No.: 3:03CR3 (EBB) |
| v. | : | |
| ANTHONY D. AUTORINO | : | January 10, 2006 |

### UNITED STATES' WITNESS LIST

1/23/06  Ealy Bennett – San Francisco, CA
1/19/06  Roger Bernhammer – New Jersey
         Thomas Carocci
         Michael Clark
1/19/06  Vincent DiVincenzo – Cromwell, CT
1/13/06  William Dorman – Vermont
         Kenneth Dorros
1/18/06  Michael Fawcett – Palm Beach, FLA
1/24/06  Cleo Glatt – Orlando, FLA
         Walter Grattan
1/18/06  Patricia Huff – Cheshire, CT
1/23/06  Durwin Jones – Burlington, CT
1/18/06  Peter MacDonald – West Hartford, CT
1/24/06  Carole A. McDonald – New York, NY
1/13/06  Ricky McCullough – Largo, Maryland
1/20/06  Gordon Muir – So Windham, CT
1/11/06  Charles Pryce – Glastonbury, CT
1/20/06  Frank Williams, Princeton, WV
1/23/06

Respectfully Submitted,

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY


THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, CT 06103
Tel. (860) 947-1101
Federal Bar No. ct03467

JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct00360

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been hand-delivered this 10th day of January, 2006 to:

Hugh F. Keefe, Esq.
Nicole Fournier Gelston, Esq.
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, Connecticut 06510

THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY

JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY