AO 187 (Rev. 7/87) Exhibit and Witness List   ®

**United States District Court**

District of Connecticut
FILED AT   NEW HAVEN

1|27      20 06

Kevin F. Rowe, Clerk

Court  M. Ruocco
By
EXHIBIT AND WITNESS LIST   Deputy Clerk

**United States District Court**

—— DISTRICT OF ——
CT

USA v. Autorino

CASE NUMBER: 3.3cr3

| PRESIDING JUDGE Ellen Burns | PLAINTIFF'S ATTORNEY Daily / Genco | DEFENDANT'S ATTORNEY Keefe / Fournier |
|---|---|---|
| TRIAL DATE(S) 1|11|06 — 1|27|06 | COURT REPORTER Falzarano | COURTROOM DEPUTY M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1|11|06 | ✓ | ✓ | Stipulation of Facts |
| 2 | | 1|24|06 | ✓ | ✓ | Stipulation of Facts |
| 3 | | 1|27|06 | | | Note from Jury re-testimony |
| 4 | | 1|27|06 | | | Testimony of Dormay |
| 5 | | 1|27|06 | | | Testimony of Fawcett |
| 6 | | 1|27|06 | | | Testimony of Autorino |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |