UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V   CASE NO. 3:03CR3 (EBB)

ANTHONY D. AUTORINO

**JUDGMENT OF ACQUITTAL**

The defendant having been charged with a violation of Title 18 United States Code Section 1343 in Counts 1 -3 of the Indictment, a violation of Title 18 United States Code Section 1344 in Count 4 of the Indictment, a violation of Title 18 United States Code Section 1007 in Counts 5-6 of the Indictment, a violation of Title 18 United States Code Section 1014 in Count 7 of the Indictment and a jury having found the defendant Not Guilty on counts 1-7 of the Indictment,

IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated, this 27th day of February, 2006.

_____
ELLEN BREE BURNS
SENIOR U.S. DISTRICT JUDGE